# BILL OF LADING

Date: 06/08/2011

Case 6:09-bk-33303-MJ   Doc 33   Filed 07/23/11   Entered 07/23/11 10:09:09   Desc

**Bill of Lading Number:** WCL1187144

WCL1187144

## SHIP FROM
- **Name:** Mira Loma - 625
- **Address:** 12455 Harvest Drive
- **City/State/Zip:** Mira Loma, CA 91752     757-223-6312
- **SID#:**     FOB: ☐

## SHIP TO
- **Name:** DINO MILICICH
- **Address:** 12455 HARVEST DR
- **City/State/Zip:** MIRA LOMA, CA 91752
- **CID#:**     FOB: ☐

## THIRD PARTY FREIGHT CHARGES BILLED TO:
- **Name:**
- **Address:** 12500 Jefferson Avenue
  Newport News
- **City/State/Zip:** Newport News, VA 23602-4314

**SPECIAL INSTRUCTIONS:**
Do Not Remove From Pallet or Break Shrink Wrap

- **CARRIER NAME:** WCL
- **Trailer Number:** TC725939
- **Seal Number(s):**
- **SCAC:**
- **Pro Number:**

**Freight Charge Terms:**
*(freight charges are prepaid unless marked otherwise)*
Prepaid   Collect   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

Chemical Emergency Respons   3E 866-951-9830

## CUSTOMER ORDER INFORMATION

**Pallet Count:** 1     **Piece Count:**

| Eaches | H/M | Description | Class | Weight |
|---|---|---|---|---|
| 1 | | SNKS,CHINA/EARTHENWARE, BRS FCTS,FTGS,HEATING | 77.50 | 1.25 |
| 1 | | **GRAND TOTALS** | | 1.25 |

**PO No.(s)** G613-4029

Where rate is dependent upon value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

**COD Amount:** $_____
**Fee Terms:**   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise the rates, classifications and rules have been established by carrier and are available to the shipper, on request. The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

### SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

v02-28-11